# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| REGINA RAYNOR, | |
| Plaintiff, | CIVIL ACTION FILE |
| vs. | NO. 1:16-cv-1823-MLB |
| DAVID SHULKIN, | |
| Defendant. | |

## J U D G M E N T

This action having come before the court, Honorable Michael L. Brown, United States District Judge, for consideration of the Magistrate Judge's Report and Recommendation and Defendant's Motion for Summary Judgment, and the court having adopted the Report and Recommendation and granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby, is **dismissed with prejudice**.

Dated at Atlanta, Georgia, this 2nd day of February, 2018.

JAMES N. HATTEN
CLERK OF COURT

By: s/ Bao Tran Le
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  February 2, 2018
James N. Hatten
Clerk of Court

By: s/ Bao Tran Le
    Deputy Clerk